5, 1909.) Action by William H. McElfatrick against Margaretta E. McElfatrick, impleaded with others. E. A. Alexander, for appellant. I. M. Dittenhoefer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McELLIGOTT v. BROWNING, KING & CO. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Margaret McElligott against Browning, King & Co. With this case has been consolidated in this court cases bearing titles as follows: Willie Gootman v. Moses Gruber et al.; Charles Scheinberg v. Meade Transfer Co.; Bartley Heaney v. Thompson Starrett Co.; Samuel S. Chamberlain v. Childs Co.; Henry Siede v. David C. Myers; Mayer L. Cohn v. Supreme Lodge, etc.; Mathias Wrablic v. L. Oscar Koven; Frederick W. Beinhauer v. Minnie Grossman. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 54 Misc. Rep. 56, 105 N. Y. Supp. 370.

McILROY, Appellant, v. ABENDROTH & ROOT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by James H. McIlroy against the Abendroth & Root Company. P. J. Ross, for appellant. C. J. Hardy, for respondent. No opinion. Order modified, by providing as an additional condition that the plaintiff have leave to discontinue the action without costs, and, as so modified, affirmed, without costs. Settle order on notice.

McKELVEY, Appellant, v. LAUE, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Mame I. McKelvey against Theodore Laue. PER CURIAM. We think the plaintiff made out a case, both on the question of the negligence of the defendant and of the lack of contributory negligence on her part. The judgment of the Municipal Court is reversed, and a new trial ordered; costs to abide the event.

MACKEY, Appellant, v. CONSOLIDATED RY., ETC., CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Ross A. Mackey against the Consolidated Railway, etc., Company. G. A. Ellis, for appellant. A. C. Cass, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McMURTRY, Respondent, v. AMERICAN MILLS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by John E. McMurtry against the American Mills Company. W. E. Milne, for appellant. J. F. Melick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAN v. DU VIVIER. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Alrick H. Man, against Charles L. Du Vivier. No opinion. Motion granted, unless appellant be ready for January term, 1910. Order filed.

MANNING, Respondent, v. GRANT, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Nora Manning, as executrix, etc., of Jeremiah C. Manning, late of Keeseville, Essex county, N. Y., against Mary J. Grant. No opinion. Order affirmed, with $10 costs and disbursements.

MAPELSDEN et al., Respondents, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Marion H. Mapelsden and Herbert S. Ogden, executors, etc., of Reuben Mapelsden, deceased, against the Nassau Electric Railroad Company and another. No opinion. Judgment affirmed, with costs.

MARTIN v. DILMAN. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Arthur Y. Martin, as trustee in bankruptcy, etc., against John C. Dilman, as sole surviving partner, etc. No opinion. Judgment and order affirmed, with costs.

MATTHEWS et al., Appellants, v. TITLE GUARANTY & SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by James Matthews and another against the Title Guaranty & Surety Company. PER CURIAM. Motion for reargument denied, without costs. The decision of the appeal was based upon the fact that the statement of the agent's duties, furnished to the defendant, did not disclose the risk incurred by permitting the agent to keep goods in his own storehouse until he could sell them, by which risk all the loss sued for was occasioned. See, also, 118 N. Y. Supp. 1124.

MAYER v. JONES et al. (two cases). (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Rosalynde De Lima Mayer against Cyrus P. Jones and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 App. Div. 106, 116 N. Y. Supp. 300.

MEEHAN, Respondent, v. THOMAS GILL SOAP CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by James F. Meehan against the Thomas Gill Soap Company and another. No opinion. Motion for reargument denied, with costs. See also, 118 N. Y. Supp. 1124.